■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v B. P. TAVERN, INC., Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Battisti, J.), rendered June 14, 1985, convicting it of promoting gambling in the second degree and possession of a gambling device, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Herman,* 133 AD2d 377 [decided herewith]; *People v Bayer,* 133 AD2d

374 [decided herewith]). Mollen, P. J., Thompson, Bracken and Brown, JJ., concur.